# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLVIA VERGARA, LIZET MONTEZ, and GABRIELA VERGARA,<br><br>    Plaintiffs,<br><br>    v.<br><br>SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, SMITH & WESSON, INC., BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR., and ROBERT CRIMO, III,<br><br>    Defendants. | Case No. 1:22-cv-06190<br><br>Hon. Jorge L. Alonso |

## NOTICE OF MOTION

**TO:**    All counsel of record (see certificate of service)

Please take notice that on Monday, November 21, 2022, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jorge L. Alonso, or any other Judge sitting in his stead, in Courtroom 1903 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Smith & Wesson Defendants' Unopposed Motion to Extend Time to Answer or Otherwise Respond to the Complaint**.

Dated: November 10, 2022

James Vogts
Andrew Lothson
Brett Henne
**Swanson, Martin & Bell, LLP**
330 North Wabash Street, Suite 3300
Chicago, Illinois 60611
T: (312) 222-8517
T: (312) 923-8274
T: (847) 949-0057
jvogts@smbtrials.com
alothson@smbtrials.com
bhenne@smbtrials.com

Respectfully submitted,

By: */s/ Kenneth L. Schmetterer*

Edward S. Scheideman (pro hac vice forthcoming)
**DLA Piper LLP (US)**
500 Eighth Street NW
Washington, DC 20004
T: (202) 799-4534
F: (202) 799-5000
edward.scheideman@dlapiper.com

Kenneth L. Schmetterer
**DLA Piper LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606
T: (312) 368-2176
F: (312) 236-7516
kenneth.schmetterer@dlapiper.com

*Attorneys for Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson, Inc.*

# CERTIFICATE OF SERVICE

        I hereby certify that on November 10, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record. I further certify that I caused a true and correct copy of the foregoing document to be served by electronic mail on the following counsel of record:

| | |
|---|---|
| H. Christopher Boehning<br>Jeffrey J. Recher<br>Carly Lagrotteria<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(mailing address)<br>Phone: (212) 373-3700<br>cboehning@paulweiss.com<br>jrecher@paulweiss.com<br>clagrotteria@paulweiss.com | Antonio M. Romanucci<br>Gina A. DeBoni<br>Robert S. Baizer<br>David A. Neiman<br>Michael E. Holden<br>**ROMANUCCI & BLANDIN, LLC**<br>321 North Clark Street, Suite 900<br>Chicago, Illinois 60654<br>Phone: (312) 458-1000<br>Fax: (312) 458-1004<br>arommanucci@rblaw.net<br>gad@rblaw.net<br>rbaizer@rblaw.net<br>dneiman@rblaw.net<br>mholden@rblaw.net |
| Krystan Hitchcock<br>Laura Keeley<br>**EVERYTOWN LAW**<br>450 Lexington Ave.<br>P.O Box # 4184<br>New York, NY 10017<br>(mailing address)<br>Phone: (646) 324-8218<br>khitchcock@everytown.org<br>lkeeley@everytown.org | Alla Lefkowitz<br>**EVERYTOWN LAW**<br>P.O Box # 14780<br>Washington D.C. 20044<br>(mailing address)<br>Phone: (202) 545-3257<br>alefkowitz@everytown.org<br><br>*Attorneys for Plaintiffs* |

        */s/ Kenneth L. Schmetterer*
        Kenneth L. Schmetterer