# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLVIA VERGARA, *et al.* : | |
| : | Case No. 1:22-cv-06190 |
| Plaintiffs, : | |
| : | Hon. Jorge L. Alonso |
| v. : | |
| : | |
| SMITH & WESSON BRANDS, INC., *et al.* : | |
| : | |
| Defendants. : | |
| ---------------------------------------------------------------: | |

## NOTICE OF MOTION

**TO:** All counsel of record (see certificate of service)

Please take notice that on Monday, November 21, 2022, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jorge L. Alonso, or any other Judge sitting in his stead, in Courtroom 1903 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Red Dot Arms, Inc.'s Unopposed Motion to Extend Time to Answer or Otherwise Respond to the Complaint.

Dated: November 14, 2022                    Respectfully submitted,

                                            By: /s/ Scott L. Braum
                                            Scott L. Braum
                                                    slb@braumrudd.com
                                            Timothy R. Rudd
                                                    trr@braumrudd.com
                                            BRAUM|RUDD
                                            812 East Franklin Street, Suite C
                                            Dayton, Ohio 45459
                                            (937) 396-0089
                                            (937) 396-1046 *facsimile*

                                            *Attorneys for Red Dot Arms, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 14, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record. I further certify that I caused a true and correct copy of the foregoing document to be served by electronic mail on the following counsel of record:

H. Christopher Boehning
Jeffrey J. Recher
Carly Lagrotteria
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
cboehning@paulweiss.com
jrecher@paulweiss.com
clagrotteria@paulweiss.com

Alla Lefkowitz
Everytown Law
P.O. Box # 14780
Washington, DC 20044
alefkowitz@everytown.org

Keith L. Hunt
Hunt Law PC
Bannockburn Atrium
2275 Half Day Road, Suite 126
Bannockburn, Illinois 60015
khunt@huntpclaw.com

Antonio M. Romanucci
Gina A. DeBoni
Robert S. Baizer
David A. Neiman
Michael E. Holden
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, Illinois 60654
aromanucci@rblaw.net
gad@rblaw.net
rbaizer@rblaw.net
dneiman@rblaw.net
mholden@rblaw.net

Krystan Hitchcock
Laura Keeley
Everytown Law
450 Lexington Avenue
New York, New York 10017
khitchcock@everytown.org
lkeeley@everytown.org

Edward S. Scheideman
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004
edward.scheideman@dlapiper.com

Kenneth L. Schmetterer
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
kenneth.schmetterer@dlapiper.com

James Vogts
Andrew Lothson
Brett Henne
Swanson, Martin & Bell, LLP
330 North Wabash Street, Suite 3300
Chicago, Illinois 60611
jvogts@smbtrials.com
altothson@smbtrials.com
bhenne@smbtrials.com

/s/ Scott L. Braum
Scott L. Braum